FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

2019 MAR 12 PM 5: 10

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

Michael D. Davis Jr.
(Enter above the full name of the plaintiff in this action)

CIVIL CASE NO. 1:19 CV 555

JUDGE

vs.

Armond Budish, Ken Mills, Emily McNeeley
Eric Ivey, Douglas Dykes, Judge
Deena R. Calabrese, Clifford Pinkney
(Enter above the full name of the defendant(s) in this action)

COMPLAINT

JUDGE OLIVER

MAG. JUDGE GREENBERG

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐  NO ☒

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit

      Plaintiffs _____

      Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket Number _____

   4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

II. Place of Present Confinement__

    A. Is there a prisoner grievance procedure in this institution? YES ☑ NO ☐

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        YES ☑ NO ☐

    C. If your answer is YES,

        1. What steps did you take? I sent a kite to no avail, I sent a Medical Grievance several times, I told my Judge on record And I wrote the sheriffs. U.S. Marshalls And the F.B.I.

        2. What was the result? The Jail Sgt. Matejka said that he sent Several E-Mails but recieved No response and NoOne Else Responded.

    D. If your answer is NO, explain why not___

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
        YES ☐ NO ☐

    F. If your answer is YES,

        1. What steps did you take?_____

        2. What was the result?_____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Michael D. Davis Jr. #0228961

Address P.O. Box 5600 Jail-1-10-H Cleveland, Ohio, 44101

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Ken Mills Corrections Director is employed as Correction Director at 1200 Ontario St Cleve, Ohio, 44113

C. Additional Defendants Judge Deena R. Calabrese, 1200 Ontario Street Cleve, Ohio, 44113 Cuyahoga County Judge - Cliff Pinkney 1215 West third Street Cleveland, Ohio, 44113 - Eric Ivey Warden 1200 Ontario St Cleve, Ohio 44113 Armond Budish, Cuyahoga County Executive, 1200 Ontario St Cleve, Ohio 44113 Emily McNeeley It administrator, 1200 Ontario St, Cleve, Ohio, 44113 - Douglas Dykes Talent Officer, 1200 Ontario St Cleve, Ohio, 44113.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

I have Been held in the Cuyahoga county Jail For 20 Months Enduring Cruel and unusual punishment, inhumane living Environments and I have complained about My situation and Followed All Available procedures/via Kites Grievances and Speaking with Officers here in the county Jail Nothing has changed, this is a cry For help. We have to Breath in Asbestos Black Mode and Drink polluted water we sometimes are deprived of showers Due

(Statement of Claim Continued)

To Bed Zone. The Food Trays smell like Feces and has Water inside of them were Denied Church Services and there is No Law library or Drug Classes. I have spoken to My Judge About these things on record And she refuse to help Me.

2. I am a Mental Health patient and there is No one to speak to During a crisis when you ask to speak to psyhe they tell you to send A kite. And when you kite it takes up to one Month to see them. they changed the Medication that was helpin Me with My Conditions After I've complained About the Current Medication Not helping.

3. I was sent to North Coast Behavioral By The Courts where I was Evaluated to see if I could Stand Trial while there I was put on Medications then transferred Back to the County Jail I have Discharge papers stating what Medications I was perscribed and how they

(Statement of Claim Continued)

Should Be Continued unless otherwise instructed By "out patient physician. I was immediately taken OFF several different medications. I sent kites and asked why I was taken off But recieved No response. So I asked the Cart Nurse who passes the Medication and was told that they Do have the Medication But was told to take Me off Because they were too Expensive. Also I never seen a Doctor for them to Remove Me from the Medication.

4. I have witnessed Suicidal Attemps and I myself feel hopeless I feel like these people are using Red Zone living conditions and Medication to get inmates to plea out in Court. this is a cry for help I can only Take But so Much Cruel and unusual Punishment.

- 5 -

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I would like to be released from Jail Because the Courts violated My Rights of Due process and I would like to Be Fairly Compensated For having to Endure All of these inhumane living Conditions and I would like to recieve proper Medical Treatment I have Been here 20 Months and has missed out on Job opportunities and My Childrens Graduations And My Grand Mothers Eneral I would like Sentimental Compensation.

Signed this 4th day of March 2019, 20 19.

I declare under penalty of perjury that the foregoing is true and correct.

3/4/2019
(Date)

Michael D. Davis Jr.
(Signature of Plaintiff)